Albert R. HOUSE, Appellant,

v.

Nathan MAYO, State Prison Custodian of
Florida, Appellee.

No. 17983.

United States Court of Appeals
Fifth Circuit.

March 25, 1960.

Certiorari Denied June 13, 1960.
See 80 S.Ct. 1263.

Albert R. House, in pro. per., for appellant.

George R. Georgieff, Asst. Atty. Gen., Richard W. Ervin, Atty. Gen., of Florida, for appellee.

Before TUTTLE, JONES and BROWN, Circuit Judges.

PER CURIAM.

The appellant has added another to his many earlier efforts [1] to obtain his release from detention by the State of Florida. We find no error in the denial by the district court of the appellant's application for a writ of habeas corpus. Its judgment is

Affirmed.

---

[1]. State ex rel. House v. Mayo, 122 Fla. 23, 164 So. 673; House v. State, 127 Fla. 145, 172 So. 734; House v. State, 130 Fla. 400, 177 So. 705; House v. Mayo, 5 Cir., 1944, 147 F.2d 606, reversed 324 U.S. 42, 65 S.Ct. 517, 89 L. Ed. 739; House v. Mayo, D.C.S.D.Fla., 1945, 63 F.Supp. 169, affirmed 5 Cir., 151 F.2d 1014, certiorari denied 326 U.S. 792, 66 S.Ct. 478, 90 L.Ed. 481, rehearing denied 327 U.S. 814, 66 S.Ct. 527, 90 L.Ed. 1038; House v. Mayo, 5 Cir., 1946, 158 F.2d 90; Ex parte House, 159 Fla. 385, 31 So.2d 633, certiorari denied House v. Mayo, 332 U.S. 834, 68 S.Ct. 211, 92 L.Ed. 407; House v. Mayo, D.C.S.D.Fla.1949, 85 F.Supp. 365.